UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | Civ. No. S-13-1803 KJM |
| Plaintiff, | |
| v. | ORDER |
| GRECIAN VENTURES, et al., | |
| Defendants. | |

On December 16, 2014, Cris Vaughn, counsel for defendant B & P Cabinet Outlet, filed a proposed substitution of counsel, purporting to substitute Billy Tsoi, in propria persona, for B & P Cabinet Outlet. ECF No. 10. In the answer, the defendant identifies itself as a corporation, but in the motion to withdraw, it identifies itself as a limited partnership.

Although an individual may represent himself in federal court, he cannot represent anyone else. *United States v. Molen*, No. 2:10-cv-02591 MCE KJN P. Moreover, "[a] corporation may appear in federal court only through licensed counsel." *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam). In *D-Beam Limited Partnership v. Roller Derby Skates, Inc.*, the Ninth Circuit applied this rule to partnerships. 366 F.3d 972, 973-74 (9th Cir. 2004); *see also* Local Rule 183(a) ("A corporation or other entity may appear only by an attorney."). Accordingly as Billy Tsoi cannot substitute in as counsel for B & P Cabinet Outlet, the request for substitution is denied.

IT IS SO ORDERED.

DATED: December 19, 2013.

UNITED STATES DISTRICT JUDGE

1